UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 08-43336 |
| | ) | Judge Kathy A. Surratt-States |
| CARLA L. SHAW, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **Adv. No.: 08-04151** |
| | ) | |
| ANNA M. GHOUNEM, ET. AL. | ) | PUBLISHED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLA L. SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS SO ORDERED THAT** Debtor/Defendant's Motion for Summary Judgment is GRANTED and judgment on this Complaint is entered in favor of Debtor/Defendant Carla L. Shaw and against Plaintiffs; and that this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 7, 2009
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Beverly R. Kinds-Stewart
Ellinger & Associates, P.C.
797 W. Terra Lane
O'Fallon, MO 63366

Carla L Shaw
1150 Heritage Court
Saint Charles, MO 63303

Robert E. Metzler
330 Jefferson Street
St. Charles, MO 63301